

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUL 25 P 1: 40

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WILLIE LEE WILBON, III, AND DARNELL A. LEWIS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 05-2443** |
| **SHERIFF MARLIN GUSMAN** | **SECTION "N" (4)** |

### ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the Title 42 U.S.C. § 1983 claims filed by the plaintiffs Willie Lee Wilbon, III, and Darnell A. Lewis against Sheriff Marlin Gusman be **DISMISSED WITH PREJUDICE** as frivolous pursuant to Title 28 U.S.C. § 1915(e) and § 1915A and Title 42 U.S.C. § 1997e.

New Orleans, Louisiana, this 25th day of July, 2006.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep____
___ Doc.No._____